# Court of Appeals
# of the State of Georgia

ATLANTA,__November 14, 2019___

*The Court of Appeals hereby passes the following order:*

**A20A0261.  HARVEY v. THE STATE.**

On December 27, 2017, Jimmy Edward Harvey filed a notice of appeal from the trial court's order denying his motion to withdraw his guilty plea. The appeal was docketed on August 22, 2019, and Harvey's brief of appellant was due on September 11, 2019.

Almost two months have passed since the due date, and Harvey has not filed a brief of appellant. Accordingly, his appeal is hereby DISMISSED. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__11/14/2019_____*
        *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*